**FILED**
MAY 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNSEALED 5/22/08
ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 811596 |
| Plaintiff, | |
| v. | SEALING ORDER |
| BENJAMIN JAMES NAZARIO, | |
| Defendant. | |

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: May 20, 2008.

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE