#1496354

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08584-298
12/8/83

UNITED STATES OF AMERICA

V.

Benjamin James Nazario

08 MAY 30 AM 8:59

**WARRANT FOR ARREST**

CASE NUMBER: **'08 MJ1596**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Benjamin James Nazario
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

18 USC 2252(a)(4)(B) Possession of Images of Minors engaged in sexually explicit conduct.

ARRESTED BY FBI S/A Daniel Evans
DATE 5/31/09
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: [signature]

RECEIVED
2008 MAY 21 P 4:[?]
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ____18____ United States Code, Section(s) ____2252 (a)(4)(B)____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE
Signature of Deputy

Bail fixed at $ _____

Clerk of the Court
Title of Issuing Officer

MAY 20 2008         San Diego, California
Date and Location

by [signature] Battaglia
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class II FBI    3705    Child Pornography
AUSA Bill Hall x 7046

AO 442

# United States District Court

**ORDERED SEALED BY COURT**

SOUTHERN DISTRICT OF CALIFORNIA

# 1496356
08584-298
12/8/83

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAY 21 P 3:05

UNITED STATES OF AMERICA

v.

Benjamin James Nazario

WARRANT FOR ARREST

CASE NUMBER: 08 MJ 1596

08584-298

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Benjamin James Nazario__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

18 USC 2252(a)(4)(B) Possession of Images of Minors engaged in sexually explicit conduct.

In violation of Title __18__ United States Code, Section(s) __2252 (a)(4)(B)__

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE                MAY 20 2008        San Diego, California

Signature of Deputy                          Date and Location

Bail fixed at $ _____     by _____
                                         Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 8:32 AM in Imperial Beach, CA | | |
| DATE RECEIVED 5/20/08 | NAME AND TITLE OF ARRESTING OFFICER Daniel P. Evans FBI Special Agent | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/21/08 | | |